No. 749, Misc. MATLOCK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 757, Misc. BERTSCH *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Clyde W. Woody* and *Marian S. Rosen* for petitioner. *Crawford C. Martin,* Attorney General of Texas, and *R. L. Lattimore, Howard M. Fender* and *Gilbert J. Pena,* Assistant Attorneys General, for respondent.

No. 766, Misc. TANNAHILL *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 770, Misc. FINNEY *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 776, Misc. GOLDBERG *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Frank S. Hogan, H. Richard Uviller* and *Michael R. Stack* for respondent.

No. 780, Misc. TRAVIS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *William E. Gray* for petitioner.

No. 781, Misc. PRINCIPE *v.* NELSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 783, Misc. RIVERA *v.* SARD ET AL. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondents.